# United States District Court

SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

## CHANGE OF PLEA/ENTRY OF PLEA MINUTES

Case No. **1:22cr031**

United States of America

vs.

**Steven Curtis Newman / 56**
**10:02 am - 10:18 am**

Defendant/Age

**Jennifer Stanley**
U. S. Attorney

**Michon Walker**
Attorney for Defendant

☑ Plea agreement **(Received).**   ☑ Defendant Sworn   ☐ Counsel Waived.

☐ Plea agreement previously filed.

☐ Arraigned and plead _____ to count(s) _____ .

☑ Plea of not guilty withdrawn and plea of **Guilty** entered as to count(s) **Four (lesser included offense)** of the indictment. **by proffer**

☑ Factual basis **Established.** **Oral.** **Plea Accepted** Witness for factual basis _____ .

☑ Adjudication of guilt **Made.**

☑ Referred to probation office for pre-sentence investigation **Yes.**

☑ Sentencing Scheduled for **a later date** at _____ .

☐ Bond Continued   ___ Bond modified to _____ .

Bond set at _____ _____

☑ Bond not made defendant in jail.

☑ Defendant remanded to custody of United States Marshal.


Honorable **J. Randal Hall, U. S. District Court Judge**   Date **February 17, 2023**

Court Reporter **Lisa Davenport**   Probation Officer

Courtroom Deputy Clerk **Lisa Widener**   U.S. Marshal