# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA

CHANGE OF PLEA IN  USA v. Steven Curtis Newman

CRIMINAL NO. CR122-031  AT  Augusta, Georgia

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

WITH CONSENT OF THE COURT, THE

DEFENDANT  STEVEN CURTIS NEWMAN , HAVING

PREVIOUSLY ENTERED A PLEA OF  NOT GUILTY ,

HEREBY WITHDRAWS THAT PLEA AND ENTERS A PLEA

OF  GUILTY  TO  COUNT FOUR

IN THE INDICTMENT.

THIS 17th DAY OF February, 2023

NOLLE PROSSE AS

TO COUNT(S) _____

_____
STEVEN CURTSI NEWMAN  DEFENDANT

_____
COUNSEL FOR DEFENDANT
MICHON WALKER