UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

CRIMINAL CASE NO. CR 122-031          DATE: 06/28/2023
USA v. Steven Curtis Newman           TIME: 10:26 am - 10:42 am

JUDGE: Honorable J. Randal Hall       COURTROOM DEPUTY: Lisa Widener

COURT REPORTER: Lisa Davenport        INTERPRETER: —

ATTORNEY(S) FOR THE GOVERNMENT:       ATTORNEY(S) FOR THE DEFENDANT:
Patricia Rhodes                       Michon Walker

PROBATION OFFICER:                    DEFENDANT SENTENCED ON COUNT(S):
Chris Ingalls                         Four

---

**Y** PSI reviewed in full            Custody: 114 months

**N** Objections to factual basis

**N** Objections to Guideline Calculations    Supervised Release: 3 years

**N** Changes ordered

**N** Factual Witness                 **Y** Standard and Special Conditions of Release to be explained by USPO and a written to be provided to defendant

**Y** Statement by Counsel            Probation —
**Y** Statement by Defendant          Fine $ 1500.00
**Y** Appeal rights of defendant explained/(waived)    Restitution $ —

                                      AVAA Sp. Assessment $ —

Facility requested/recommended:       Special Assessment $ 100.00
Jesup LoA / Montgomery AL             Community Service: — hours within — months of release

Defendant remanded  Y                 Dismiss Count(s)  One
Voluntary surrender  —                Plea agreement accepted  Y
Departure from guidelines  Y          Upward ___ Downward ✓